# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

STEVEN RAY WOOD                                                                              PETITIONER

v.                                        4:24-cv-00687-BRW

DEXTER PAYNE, Director,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED without prejudice and the requested relief is DENIED.

SO ORDERED this 30th day of September, 2024.

                                                          BILLY ROY WILSON
                                                          _____
                                                          BILLY ROY WILSON
                                                          UNITED STATES DISTRICT JUDGE